**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

Court Number: 01-74007

-VS-

Honorable: Anna Diggs Taylor

Claim Number: C101-01303

KIMBERLY M. BENNETT,
XXX-XX-9457
        Defendant
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: August 22, 2005

    S/Anna Diggs Taylor
    ANNA DIGGS TAYLOR
    U.S. DISTRICT COURT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **Order** was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **August 22, 2005**

    S/Johnetta M. Curry-Williams
    Case Manager